**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NANCY J. ZELLER-LANDAU, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 17-3962 |
| | : | |
| STERNE AGEE CRT, LLC, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 9th day of January, 2018, it is **ORDERED** that:

- Defendant CRT Capital Group, LLC's Motion to Compel Arbitration and to Stay Proceedings (ECF No. 8) is **GRANTED**.

- Defendant Aquiline Capital Partners, LLC's Motion for Stay Pending Arbitration (ECF No. 7) is **GRANTED**.

- Defendant CRT Greenwich, LLC's Motion for Stay Pending Outcome of Arbitration (ECF No. 10) is **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiff is compelled to arbitrate her claims against Defendant CRT Capital Group, LLC before the Financial Industry Regulatory Authority. It is further **ORDERED** that the action is **STAYED** pending the outcome of the arbitration and the Rule 16 Conference scheduled for January 25, 2018 is **CANCELED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: